IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DENNIS HALE                                                                                              PLAINTIFF

v.                                        Case No. 4:22-cv-4078

ROBERT GENTERY, et al.                                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 3, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the local rules and a Court order and to prosecute this case. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge